```
 1              UNITED STATES BANKRUPTCY COURT

 2              WESTERN DISTRICT OF WASHINGTON

 3                       AT SEATTLE

 4   _____

 5   In re:                        )
                                   )
 6   GUNNAR SIGURDSSON and         )    No. 04-24911
     ANNE MYRENE UIMONEN,          )
 7                                 )
              Debtors.             )
 8   _____)
                                   )
 9   UIMONEN, et al.,              )
                                   )
10              Plaintiffs,        )
                                   )
11        vs.                      )    No. 05-01178
                                   )
12   MBNA AMERICA, et al.          )
                                   )
13              Defendants.        )
     _____
14
         TRANSCRIPT OF THE DIGITALLY-RECORDED RULING
15
           BY THE HONORABLE SAMUEL J. STEINER
16
                   NOVEMBER 21, 2005
17   _____

18

19

20

21

22

23   Reported by:  Robyn Oleson Fiedler
                   CSR #1931
24

25
```

```
 1                    A P P E A R A N C E S

 2

 3          For the Debtor:

 4                     MR. CHARLES ROBINSON
                       Attorney at Law
 5                     1191 Second Avenue, Suite 1800
                       Seattle, WA 98101-2939
 6

 7          For MBNA America:

 8                     MS. AIMEE WILLIG
                       Attorney at Law
 9                     601 Union Street, Suite 5500
                       Seattle, WA 98101-2373
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                DIGITALLY RECORDED IN SEATTLE, WASHINGTON
2                          NOVEMBER 21, 2005
3                                --ooOoo--
4
5               THE COURT:  Well, to start with, there's just
6        no question that there has been a violation of the
7        discharge injunction by the defendants.  It's
8        stipulated.  It's admitted.  And as I see it -- we
9        mentioned this at the start -- the only issue here this
10       morning is one of the amount of the contempt sanction
11       for the violation of the automatic stay.
12              Now, the plaintiffs' loss, as I understand
13       it, $500 from employment due to having been served with
14       process at a rather early hour in the morning, they're
15       certainly entitled to that.  And as I see it, the next
16       thing they are entitled to is some amount for
17       attorney's fees.
18              Now, the law is certainly that when there's
19       been a violation of the injunction, there is a duty to
20       mitigate or at least to attempt to mitigate.  Of
21       course, we don't know if any efforts to mitigate would
22       have amounted to anything.  Perhaps they would, perhaps
23       they wouldn't.  At any rate, I think Mr. Robinson is
24       entitled to a reasonable fee for his services in
25       bringing this matter to a head and to a conclusion.
```

```
1        And I think the amount of that, a reasonable fee for
2        what he's done, would be $2,500.  So the amount of the
3        contempt citation for sanctions, total, will be $3,000.
4                 And I'd appreciate it if a transcript would
5        be made up of these oral remarks for the record.  They
6        can suffice for the Court's findings of fact and
7        conclusions of law.  Ms. Willig, I would appreciate it
8        if you and Mr. Robinson would get together and prepare
9        some kind of a judgment and submit it at your
10       convenience.
11                MS. WILLIG:  We will, Your Honor.
12                THE COURT:  Thank you all very much.  We're
13       at recess.
14                       * * * * * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      CERTIFICATE

 2

 3           ROBYN OLESON FIEDLER certifies that:

 4

 5           The foregoing pages represent an accurate and

 6     complete transcript of the entire record of the

 7     digitally-recorded ruling by the HONORABLE SAMUEL J.

 8     STEINER presiding, in the matter of UIMONEN; and

 9

10           These pages constitute the original or a true

11     copy of the original transcript of the ruling.

12

13           Signed and dated this 17th day of December,

14     2005.

15

16

17                    AHEARN & ASSOCIATES

18

19

20                    by |s| Robyn Oleson Fiedler
                          ROBYN OLESON FIEDLER, Notary
21                        Public in and for the State of
                          Washington, residing at Tacoma
22

23

24

25
```